**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

| | | |
|---|---|---|
| JANE DOE, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CJ-2021-3020 |
| | ) | |
| LYFT, INC., an out-of-state | ) | |
| corporation; and | ) | |
| TIM GREENE, an individual. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, the undersigned counsel and respectfully requests the Court to permit the withdrawal of Allyson Shumaker of the GABLEGOTWALS firm as counsel for the Plaintiff, in the above matter. In support of this Motion, counsel states as follows:

1.      Allyson Shumaker entered her appearance on behalf of the Plaintiff in the referenced action on November 2, 2021.

2.      Jeffrey A. Curran entered his appearance on behalf of the Plaintiff in the above-referenced action on November 2, 2021, respectively.

3.      Mr. Curran will continue as counsel on behalf of the Plaintiff.

4.      The withdrawal of Ms. Shumaker as counsel will not adversely affect the Plaintiff, or delay this action.

5.      Plaintiff has knowledge of Ms. Shumaker's intent to withdraw as counsel.

WHEREFORE, undersigned counsel respectfully requests the Court to permit Allyson Shumaker to withdraw as counsel of record.

{S610872;}

EXHIBIT

9

Respectfully submitted,

Jeffrey A. Curran, OBA #12255
Allyson Shumaker, OBA #34784
GABLEGOTWALS
499 W. Sheridan Ave.
BOK Park Plaza, Suite 2200
Oklahoma City, OK  73102-7255
Telephone:  405.235.5500
Fax:  405.235.2875
jcurran@gablelaw.com
ashumaker@gablelaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF MAILING

I hereby certify that on this 1st day of July 2022, a true and correct copy of the above and foregoing was mailed, via U.S. Mail, postage prepaid, to:

Thomas A. Paruolo, OBA #18442
Madeline M. Marshall, OBA #34713
Logan Turner, OBA # 33629
DEWITT PARUOLO & MEEK, PLLC
P.O. Box 138800
Oklahoma City, OK 73113
Telephone: (405) 705-3600
Facsimile: (405) 705-2573
tom@46legal.com
mmarshall@46legal.com
lturner@46legal.com
*Specially Appearing on behalf of*
*Defendant Lyft, Inc.*

Allyson Shumaker